JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

LI TONG,
Petitioner,
v.
JAMES JANECHA, et al.,
Respondents.

No. 5:26-cv-03638-BFM

**JUDGMENT**

On July 20, 2026, the Court issued an order granting the Petition as to Claim One and ordered Petitioner immediately released on the conditions previously imposed. (ECF 10 at 11.) Petitioner has not filed a status report indicating a problem with compliance with the Court's order in the time allowed by the Court, and Petitioner no longer appears in the ICE detainee locator.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim One. The Clerk of Court is directed to close this case.

DATED: July 29, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE